UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| PETER PAPASAVVAS, : <br> : <br> Petitioner, : <br> v. : <br> : <br> BRUCE DAVIS, : <br> : <br> Respondent. : | Civ. No. 23-22165 (RK) <br><br> **MEMORANDUM & ORDER** |

Petitioner is a state prisoner at the New Jersey State Prison in Trenton, New Jersey. He is proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254. *See* ECF No. 1. Petitioner's one habeas claim asserts that his Sixth Amendment right to secured autonomy to choose the objective of his defense and his insistence that counsel refrain from admitting guilt was violated. *See* ECF No. 1 at 6.

On December 4, 2023, the Court ordered Respondent to file a response to Petitioner's habeas petition within forty-five (45) days. *See* ECF No. 2. Thereafter, the Court granted two requests by Respondent for an extension of time to file a response. *See* ECF Nos. 5 & 7. Presently pending before the Court is Respondent's third request for an extension of time to file a response to Petitioner's habeas petition until April 22, 2024. *See* ECF No. 8. Respondent makes this third request citing counsel's workload, the age of this case and the voluminous record. Good cause being shown, Respondent's third request for an extension of time to file a response will be granted.

Respondent will now have had over four months to complete and file a response. Thus, absent extraordinary circumstances, the Court anticipates no further extension of time requests from Respondent.

Accordingly, IT IS on this 25th day of March, 2024,

ORDERED that Respondent's third request for an extension of time to file a response to Petitioner's habeas petition, ECF No. 8, is GRANTED; and it is further

ORDERED that Respondent shall file a response to the habeas petition on or before April 22, 2024, and it is further

ORDERED that Petitioner may file a reply in support of his habeas petition within forty-five (45) days of the date Respondent files a response; and it is further

ORDERED that the Clerk shall serve this Memorandum & Order on Petitioner by regular U.S. mail.

ROBERT KIRSCH
United States District Judge